No. 73–431.  BROCCOLINO, JUDGE *v.* MARYLAND COMMISSION ON JUDICIAL DISABILITIES ET AL.  Ct. App. Md. Certiorari denied.

No. 73–779.  LEMONAKIS *v.* UNITED STATES; and
No. 73–926.  ENTEN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 73–832.  ROGERS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–838.  KUGLER, ATTORNEY GENERAL OF NEW JERSEY *v.* YOUNG WOMEN'S CHRISTIAN ASSN. OF PRINCETON ET AL.  Petition for certiorari before judgment to C. A. 3d Cir. denied.

No. 73–857.  MEDANSKY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–859.  PETERS *v.* SMITH ET UX.  C. A. 6th Cir. Certiorari denied.

No. 73–864.  CAHALANE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.